# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JOHN EARL JORDAN, JR.**                                                                **PETITIONER**

**VERSUS**                                                          **CIVIL ACTION NO. 1:05cv234LG-JMR**

**GEORGE H. PAYNE, JR.**                                                                **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY, ORDERED AND ADJUDGED** that the instant habeas petition is moot and is accordingly dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 24th day of May, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE